TRAMMELL MONTRIEL,

    Plaintiff,

v.

    Case No. 26-CV-55-JPS

UNKNOWN, KERRI CLEGHORN,
and DISTRICT ATTORNEY,

    **ORDER**

    Defendants.

---

   Plaintiff Trammell Montriel, a prisoner confined at the Vernon County Detention Center, filed a pro se complaint under 42 U.S.C. § 1983 alleging that his constitutional rights were violated. ECF No. 1. On April 24, 2026, Magistrate Judge Stephen C. Dries issued a recommendation to this Court that this action be dismissed without prejudice because it is barred by *Heck v. Humphrey*, 512 U.S. 477, 486–87 (1994). ECF No. 8. The time for objecting to the recommendation has passed and no objection has been received. *See* Fed. R. Civ. P. 72; Gen. L.R. 72(c).

   The Court has considered the recommendation and, in light of its agreement with Magistrate Judge Dries's analysis and without objection from Plaintiff, will adopt it.

   Accordingly,

   **IT IS ORDERED** that Magistrate Judge Stephen C. Dries's report and recommendation, ECF No. 8, be and the same is hereby **ADOPTED**; and

   **IT IS FURTHER ORDERED** that this case be and the same is hereby **DISMISSED without prejudice** because it is *Heck*-barred.

The Clerk of the Court is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 20th day of May, 2026.

BY THE COURT:

J. P. Stadtmueller
U.S. District Judge